**Electronically Filed**
**Supreme Court**
**SCPW-16-0000483**
**30-JUN-2016**
**01:53 PM**

SCPW-16-0000483

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

DONALD COURTNEY BROWN, Petitioner,

vs.

THE HONORABLE MICHAEL K. TANIGAWA, JUDGE OF THE DISTRICT
COURT OF THE FIRST CIRCUIT, STATE OF HAWAIʻI, Respondent Judge,

and

ASSOCIATION OF APARTMENT OWNERS OF PACIFIC HEIGHTS PARK PLACE, a
Hawaiʻi non-profit corporation, by its Board of Directors;
JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE
ASSOCIATIONS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10;
and DOE GOVERNMENTAL UNITS 1-10, Respondents.

---

ORIGINAL PROCEEDING
(CIV. NO. 1RC16-1-3064)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner Donald Courtney
Brown's petition for an emergency writ of mandamus, filed on June
22, 2016, the documents attached thereto and submitted in support
thereof, and the record, it appears that, at this time,
petitioner is seeking relief in the Intermediate Court of Appeals
in CAAP-16-0000485 and may seek further relief from any final
order or judgment entered in the underlying action, as
appropriate. Petitioner, therefore, fails to demonstrate that he
is entitled to the requested emergency writ of mandamus. See
Kema v. Gaddis, 91 Hawaiʻi 200, 204-05, 982 P.2d 334, 338-39

(1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action); Honolulu Advertiser, Inc. v. Takao, 59 Haw. 237, 241, 580 P.2d 58, 62 (1978) (a writ of mandamus is not intended to supersede the legal discretionary authority of the trial courts, cure a mere legal error, or serve as a legal remedy in lieu of normal appellate procedure).  Accordingly,

IT IS HEREBY ORDERED that the petition for a writ of mandamus is denied.

DATED: Honolulu, Hawaiʻi, June 30, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

